01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  LARRY GENE HEGGEM,                    )    CASE NO. C08-0070-MJP-MAT
                                          )
09          Plaintiff,                    )
                                          )
10  v.                                    )    ORDER DENYING PLAINTIFF'S
                                          )    MOTION FOR APPOINTMENT OF
11  JAMES CONGDON,                        )    COUNSEL
                                          )
12          Defendant.                    )
    _____ )
13

14          The Court, having reviewed plaintiff's motion for appointment of counsel, and the balance

15  of the record, does hereby find and ORDER:

16          (1)     Plaintiff's motion for appointment of counsel (Dkt. No. 6) is DENIED.  There is

17  no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.  Although the Court,

18  under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding     *in forma*

19  *pauperis*, the Court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789

20  F.2d 1328, 1331 (9th Cir. 1986);  *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984);

21  *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires

22  an evaluation of both the likelihood of success on the merits and the ability of the  plaintiff to

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

01 articulate his claims pro se in light of the complexity of the legal issues involved. *Wilborn*, 789

02 F.2d at 1331.

03        Plaintiff has neither demonstrated a likelihood of success on the merits nor shown that, in

04 light of the complexity of the legal issues involved, he is unable to articulate his claims pro se.

05 Thus, plaintiff has not demonstrated that this case involves exceptional circumstances which

06 warrant appointment of counsel at the present time.

07        (2)     The Clerk shall send copies of this Order to plaintiff, to counsel for defendant, and

08 to the Honorable Marsha J. Pechman.

09        DATED this <u>11th</u> day of March, 2008.

10

11                                          _____
                                            Mary Alice Theiler
12                                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PLAINTIFF'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2