UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES CONGDON,<br><br>    Defendant. | CASE NO. C08-0070-MJP-MAT<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on plaintiff's motion to file an amended complaint and on plaintiff's motion for reconsideration of this Court's order denying his motion for appointment of counsel. The Court, having reviewed plaintiff's motions, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's motion to file an amended complaint (Dkt. No. 11) is DENIED. Plaintiff indicates in the instant motion that he wants to add a new defendant to this action and to provide additional factual support for his claims. Plaintiff has attached to his motion an amended statement of claim. However, plaintiff has not submitted a proposed amended complaint. A motion to amend must be accompanied by a proposed amended complaint before it will be considered by the

Court.

If plaintiff wishes to pursue amendment of his complaint, he may file a new motion to amend and submit in conjunction with that motion a proposed amended complaint which clearly identifies each of the intended defendants, the federal constitutional right(s) allegedly violated by the conduct of each defendant, and the facts which he believes support each alleged constitutional violation.

(2)     Plaintiff's motion for reconsideration (Dkt. No. 12) is DENIED.  Plaintiff, by way of the instant motion, seeks reconsideration of this Court's March 11, 2008, Order denying his motion for appointment of counsel.  Motions for reconsideration are disfavored and will be granted only in limited circumstances.  The Court will ordinarily deny motions for reconsideration "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule CR 7(h)(1).  Plaintiff has offered nothing by way of evidence or argument to persuade this Court that its prior ruling was erroneous.

(3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Hon. Marsha J. Pechman.

DATED this 17th day of April, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO FILE
AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR
RECONSIDERATION
PAGE -2