UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES CONGDON,<br><br>          Defendant. | CASE NO. C08-0070-MJP-MAT<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDERED PHYSICAL AND MENTAL EVALUATION |

This matter comes before the Court on plaintiff's request for an order directing that specified physical and mental health evaluations be conducted. The Court, having reviewed plaintiff's request, and the balance of the record, does hereby find and ORDER as follows:

(1)   Plaintiff's request for an order directing that physical and mental health evaluations be conducted on him (Dkt. No. 24) is DENIED. Plaintiff seeks a court order, in accordance with Rule 35 of the Federal Rules of Civil Procedure, directing that he be examined by a podiatrist and that he receive complete physical and mental health evaluations. However, plaintiff misconstrues the purpose of Rule 35. Rule 35 is intended for use by opposing parties when the physical condition of a litigant is at issue. It cannot be used by plaintiff to obtain the relief that he is seeking in his lawsuit.

(2)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for

ORDER DENYING PLAINTIFF'S REQUEST FOR COURT
ORDERED PHYSICAL AND MENTAL EVALUATION
PAGE -1

defendant, and to the Honorable Marsha J. Pechman.

DATED this 17th day of June, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S REQUEST FOR COURT
ORDERED PHYSICAL AND MENTAL EVALUATION
PAGE -2