UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM, ) | CASE NO.: C08-0070-MJP-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MINUTE ORDER |
| ) | |
| JAMES CONGDON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The following Minute Order is made by direction of the court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

On June 13, 2008, the Court received from plaintiff a copy of his second request for production of documents. Pursuant to Rule 5(d)(1) of the Federal Rules of Civil Procedure, requests for production of documents must not to be filed with the Court until they are to be used in the proceeding or until the Court orders that they be filed. Plaintiff does not explain the purpose for his filing of the instant discovery request and none is apparent to the Court. Accordingly, the Clerk is directed to return the request for production (Dkt. No. 25) to plaintiff. Plaintiff is instructed not to file any future discovery requests with the Court unless he intends to use them

MINUTE ORDER
PAGE -1

for some specific purpose or unless the Court directs that they be filed.

DATED this 17th day of June, 2008.

BRUCE RIFKIN, Clerk

By s/ Gary W. Burnopp
Deputy Clerk

MINUTE ORDER
PAGE -2