ENTERED
RECEIVED

OCT 2 1 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

08-CV-00070-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY GENE HEGGEM,

    Plaintiff,

    v.

JAMES CONGDON,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. C08-0070-MJP

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT

The Court, having reviewed plaintiff's civil rights complaint, defendant's motion for summary judgment, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's motion for summary judgment (Dkt. No. 31) is GRANTED;

    (3)    Plaintiff's complaint, and this action, are DISMISSED with prejudice; and

    (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 21 day of October, 2008.

MARSHA J. PECHMAN
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -1